# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**United States Equal Employment Opportunity Commission**

    Plaintiff

    vs.                                                **CASE NUMBER: 5:20-cv-1628**

**McLane/Eastern, Inc.,** *doing business as McLane Northeast*

    Defendant

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that, after completion of a Jury Trial before the Honorable Brenda K. Sannes, the Jury, having returned a verdict on February 8, 2024, finds that Plaintiff has proven by a preponderance of the evidence that Shelley Valentino is a qualified individual for Selector II and Selector IV positions; that Defendant McLane/Eastern, Inc. d/b/a McLane Northeast discriminated against Shelley Valentino by failing to give her an opportunity to interview and failing to hire her because of her disability; and that Shelley Valentino suffered damages as a direct result of disability discrimination; and it is further

ORDERED AND ADJUDGED that Shelley Valentino is awarded $25,000.00 for lost wages and benefits; and $150,000.00 as nonpecuniary damages for emotional pain, suffering, inconvenience, loss of enjoyment of life, mental anguish, and other nonpecuniary losses against Defendant McLane/Eastern, Inc. d/b/a McLane Northeast; and it is further

ORDERED AND ADJUDGED that Shelley Valentino is awarded punitive damages against Defendant McLane/Eastern, Inc. d/b/a McLane Northeast in the amount of $1,500,000.00.

DATED: February 9, 2024

*[signature]*
Clerk of Court

s/_____
Daniel Krug, Deputy Clerk